UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JEANNE MASDEN, et ano.,

                Plaintiffs,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/05

       -against-                                    05 Civ. 0291 (LAK)

ASHOK N. BAKHRU, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        Defendants many months ago moved to dismiss the complaint in this purported class action. After receiving extensions of time within which to respond to the motion, plaintiffs defaulted. Having reviewed the complaint and the motion, the Court is persuaded that the motion is well founded. Accordingly, the motion to dismiss is granted and the action dismissed, substantially for the reasons set forth in defendants' memorandum of law.

        SO ORDERED.

Dated:     August 29, 2005

                                                        Lewis A. Kaplan
                                               United States District Judge